**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2112**

TISHISA BRAZIEL,

    Plaintiff - Appellant,

  v.

CHARLESTOWN OWNERS ASSOCIATION, INC.; DUANE INGALSBE; JEFF BIERY,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:15-cv-00718-AJT-IDD)

Submitted: February 23, 2016   Decided: February 25, 2016

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tishisa Braziel, Appellant Pro Se. Wayne F. Cyron, James Gerard Smalley, CYRON & MILLER, LLP, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tishisa Braziel appeals the district court's order dismissing her civil action alleging claims under the Fair Housing Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Braziel v. Charlestown Owners Ass'n, No. 1:15-cv-00718-AJT-IDD (E.D. Va. Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED